IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 26 2024
U.S. DISTRICT COURT
ELKINS WV 26241

Benjamin Lee Wilson

_Your full name_

**STATE CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

v.

Shelby Searls - WVDOCR, Tristin Tenney - Wexford Health, Angel Cole - PST-MED

Civil Action No.: 5:24cv33
(To be assigned by the Clerk of Court)

_Enter above the full name of defendant(s) in this action_

I.   **JURISDICTION**

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.   **PARTIES**

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

   A.   Your Name: Benjamin Wilson
        Inmate No.: 3520501
        Address: P.O Box #1 Huttonsville WV 26273

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

   B.   Name of Defendant: Shelby Searls

Position: Superintendant

Place of Employment: Huttonsville Correctional Center - Jail

Address: P.O. Box #1 Huttonsville WV 26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He is the warden at (HCC) and is in-fact acting under the authority of this state.

B.1   Name of Defendant: Tristin Tenney

Position: Health Service Administrator (Wexford)

Place of Employment: Huttonsville Correctional - Jail

Address: P.O Box #1 Huttonsville WV 26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: He is in-fact a Nurse at (HCC) and is working for a public entity under direction of the state.

B.2   Name of Defendant: Angel Cole

Position: Psych Dr. (PSI/MED)

Place of Employment: Huttonsville Correctional Center - Jail

Address: P.O Box #1 Huttonsville WV 26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: She is in-fact a Dr. that is working for Huttonsville Correctional Center or Jail under state law.

B.3   Name of Defendant: Wexford Health Service
Position: Healthcare Provider for WVDOC
Place of Employment: Huttonsville Correctional Center or Jail
Address: P.O Box #1 Huttonsville WV 26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: They are in-fact the healthcare provider for (HCC) and are under state law.

B.4   Name of Defendant: PSI/MED
Position: PSYCH Provider at (HCC)
Place of Employment: Huttonsville Correctional Center or Jail
Address: P.O Box #1 Huttonsville WV 26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: PSI/MED is in-fact the PSYCH provider at (HCC) and is in-fact under state

law.

B.5   Name of Defendant: (Wexford) Nurses & Unknown Pr

Position: Nurses

Place of Employment: Huttonsville Correctional Center & Jail

Address: P.O Box #1   Huttonsville  WV  26273

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: They are in-fact working under state law.

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: Huttonsville Correctional Center & Jail

   A.   Is this where the events concerning your complaint took place?
      ☑ Yes   ☐ No

      If you answered "NO," where did the events occur?

   B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☑ Yes   ☐ No

   C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

   D.   If your answer is "NO," explain why not _____

_____
_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _(SEE ATTACHED) Exhibit #2 pgs 1-10_

LEVEL 2 _____

LEVEL 3 _____

IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

   1.  Parties to this previous lawsuit:

       Plaintiff(s):_____

       Defendant(s):_____

   2.  Court:_____
       *(If federal court, name the district; if state court, name the county)*

   3.  Case Number:_____

   4.  Basic Claim Made/Issues Raised: _____
       _____

   5.  Name of Judge(s) to whom case was assigned: _____

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?  ☑ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   Filed Health Service Request & Grievances along with OUD info and was denied a program called WVPUR Sublocade program at (HCC)

E. Did you exhaust available administrative remedies?  ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   I've filed multiple health service requests and also filed multiple grievances because of my disability (OUD) which were appealed to the commissioner of corrections.

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:

   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____


V.  **STATEMENT OF CLAIM**

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: _____

_____ (SEE ATTACHED)

Supporting Facts: _____ CLAIM'S _____

_____
_____
_____
_____

CLAIM 2: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 3: _____

_____

_____

Supporting Facts: _____ SEE ATTACHED

_____ CLAIMS _____

_____

_____

CLAIM 4: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

CLAIM 5: _____

_____

_____

Supporting Facts: _____

_____

_____

_____

VI.  **INJURY**

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I have been forced to withdrawl from drugs and made to set in a cell with debilitating pain, seizures and other severe reactions with a known disability (OUD).

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I want to be placed on the (MAT) program for treatment of my (OUD) and prescribed the correct medication (BUPRENORPHINE) I also want to be reinbursed for pain & suffering caused by severe withdrawls and discrimination because of being an addict $100,000.00

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Randolph County  on  2-14-2024 .
            (Location)                     (Date)

                                        Your Signature